# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10482-AMC

VINTE L CLEMONS

816 GRANT ROAD

FOLCROFT, PA 19032

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    VINTE L CLEMONS

    816 GRANT ROAD

    FOLCROFT, PA 19032

**Counsel for debtor(s), by electronic notice only.**
    STEPHEN MATTHEW DUNNE
    1515 MARKET ST
    SUITE 1200
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

    /s/ William C. Miller

Date: 4/4/2018

    _____
    William C. Miller, Esquire
    Chapter 13 Standing Trustee