IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: VINTE L. CLEMONS<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>**Moving Party**<br>v. | )<br>) Case No.: 18-10482 (AMC)<br>)<br>) |
| VINTE L. CLEMONS<br>**Respondent(s)** | ) **Hearing Date: 9-11-18 at 11:00 AM**<br>)<br>) 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>**Trustee** | )<br>) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2011 Jaguar XJ8** bearing vehicle identification number SAJWA1CB0BLV12368 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:   **September 11, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE