United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Vinte L Clemons  
       Debtor

Case No. 18-10482-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Sep 12, 2018  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2018.  
db         +Vinte L Clemons,    816 Grant Road,    Folcroft, PA 19032-1712  
cr         +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2018 at the address(es) listed below:  
      KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY  
       bkgroup@kmllawgroup.com  
      STEPHEN MATTHEW DUNNE    on behalf of Debtor Vinte L Clemons bestcasestephen@gmail.com,  
       dunnesr74587@notify.bestcase.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
      WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.  
       ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: VINTE L. CLEMONS<br>    **Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| SANTANDER CONSUMER USA INC.<br>    **Moving Party**<br>  v. | )<br>) Case No.: 18-10482 (AMC)<br>)<br>) |
| VINTE L. CLEMONS<br>    **Respondent(s)** | ) **Hearing Date: 9-11-18 at 11:00 AM**<br>)<br>) 11 U.S.C. 362 |
| WILLIAM C. MILLER<br>    **Trustee** | )<br>) |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

    Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

    ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2011 Jaguar XJ8** bearing vehicle identification number SAJWA1CB0BLV12368 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

    **It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:   **September 11, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE