# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10482-AMC

VINTE L CLEMONS

816 GRANT ROAD

FOLCROFT, PA 19032

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

VINTE L CLEMONS

816 GRANT ROAD

FOLCROFT, PA 19032

Counsel for debtor(s), by electronic notice only.

STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Date: 3/11/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee