United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 18-10482-amc
Vinte L Clemons                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR          Page 1 of 2           Date Rcvd: Apr 24, 2019
                            Form ID: pdf900       Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
```
db             +Vinte L Clemons,    816 Grant Road,    Folcroft, PA 19032-1712
14045507       +Aes/pheaa,   Po Box 61047,    Harrisburg, PA 17106-1047
14045508       +American Heritage Fcu,    3110 Grant Ave,    Philadelphia, PA 19114-2542
14045509       +Aqua Pennsylvania, Inc.,    762 W. Lancaster Avenue,     Bryn Mawr, PA 19010-3489
14088831       +Dunne Law Offices, P.C.,    1515 Market Street, Suite 1200,    Philadelphia, PA 19102-1932
14045510       +Equifax,   PO BOX 740241,    Atlanta, GA 30374-0241
14045511       +Experian,   PO BOX 2002,    Allen, TX 75013-2002
14045512       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14045519       +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
14045526       +First Bank Puerto Rico,    Attn: Bankruptcy,    9795 S Dixie Hwy,    Pinecrest, FL 33156-2806
14045527       +First Bank Puerto Rico,    Po Box 982238,    El Paso, TX 79998-2238
14045528      #+International Recovery,    805 C. West 2nd Street,    Chester, PA 19013-3667
14045531       +PA Department of Revenue,    Bureau of Compliance,    Lien Section,    PO BOX 280948,
                 Harrisburg, PA 17128-0948
14045533       +PA Dept. of Labor and Industry,    1171 S. Cameron Street,    Harrisburg, PA 17104-2510
14045542       +Pennsylvania Department of Revenue,    1 Revenue Place,    Harrisburg, PA 17129-0001
14045543       +Pennsyvania Department of Revenue,    PO BOX 280948,    Harrisburg, PA 17128-0948
14045544       +RCN,   PO Box 11816,    Newark, NJ 07101-8116
14053019       +SANTANDER CONSUMER USA INC.,    P.O. BOX 961245,    FORT WORTH, TX 76161-0244
14045545       +Santander Bank Na,    Po Box 841002,    Boston, MA 02284-1002
14045546       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
14045551       +Target,   C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
14045552       +Target,   Po Box 673,    Minneapolis, MN 55440-0673
14045553        TransUnion,   PO BOX 1000,    Crum Lynne, PA 19022
14082238        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 25 2019 02:29:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2019 02:29:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 25 2019 02:29:24     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14045530       +E-mail/PDF: pa_dc_claims@navient.com Apr 25 2019 02:30:22      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
14045529       +E-mail/PDF: pa_dc_claims@navient.com Apr 25 2019 02:30:11      Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barre, PA 18773-9500
14045532       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Apr 25 2019 02:29:45
                 PA Dept. of Labor and Industry,    651 Boas Street,    Harrisburg, PA 17121-0725
14045541       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 25 2019 02:28:59     PECO,    PO BOX 37629,
                 Philadelphia, PA 19101-0629
14045540       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 25 2019 02:28:59     PECO,    PO BOX 13439,
                 Philadelphia, PA 19101-3439
14045539       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 25 2019 02:28:59     PECO,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
14078622       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 25 2019 02:28:59     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14074707       +E-mail/Text: blegal@phfa.org Apr 25 2019 02:29:16     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14045537       +E-mail/Text: blegal@phfa.org Apr 25 2019 02:29:16     Pa Housing Finance Age,    211 N Front St,
                 Harrisburg, PA 17101-1406
14045535       +E-mail/Text: blegal@phfa.org Apr 25 2019 02:29:16     Pa Housing Finance Age,    Po Box 8029,
                 Harrisburg, PA 17105-8029
14045548       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:30:09      Syncb/ccmnmc,    Po Box 965036,
                 Orlando, FL 32896-5036
14045547       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:29:59      Syncb/ccmnmc,    Po Box 96060,
                 Orlando, FL 32896-0001
14045550       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:29:59      Syncb/home Design Se,
                 Po Box 965036,    Orlando, FL 32896-5036
14045549       +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:29:59      Syncb/home Design Se,
                 Po Box 96060,    Orlando, FL 32896-0001
14045555       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 25 2019 02:28:53
                 Verizon,    Po Box 650051,    Dallas, TX 75265-0051
14045554       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 25 2019 02:28:53
                 Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 19
```

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: Apr 24, 2019
                              Form ID: pdf900           Total Noticed: 43
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14045513*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14045514*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14045515*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14045516*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14045517*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14045518*    +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14045520*    +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
14045521*    +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
14045522*    +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
14045523*    +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
14045524*    +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
14045525*    +FedLoan Servicing,    Pob 60610,    Harrisburg, PA 17106-0610
14045534*    +PA Dept. of Labor and Industry,    651 Boas Street,    Harrisburg, PA 17121-0725
14045538*    +Pa Housing Finance Age,    211 N Front St,    Harrisburg, PA 17101-1406
14045536*    +Pa Housing Finance Age,    Po Box 8029,    Harrisburg, PA 17105-8029
                                                                                             TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Vinte L Clemons bestcasestephen@gmail.com,
               dunnesr74587@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 6
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

VINTE L CLEMONS                             Chapter 13

                    Debtor            Bankruptcy No. 18-10482-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __23rd__ day of __April__, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
STEPHEN MATTHEW DUNNE
1515 MARKET ST
SUITE 1200
PHILA, PA 19102-

Debtor:
VINTE L CLEMONS

816 GRANT ROAD

FOLCROFT, PA 19032